O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OTT,<br><br>    Plaintiff,<br><br>  vs.<br><br>M. VELA, ET AL.,<br><br>    Defendants. | CASE NO. CV 11-03963 PSG (RZ)<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    The Court has reviewed the file in this matter, and has read and reviewed the Amended Report and Recommendation of United States Magistrate Judge.  Plaintiff has not filed any objections.  The Court accepts the findings and recommendations in the Report.

DATED: 8/1/12

                 PHILIP S. GUTIERREZ
               UNITED STATES DISTRICT JUDGE