**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY OTT, | ) | CASE NO. CV 11-03963 PSG (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| M. VELA, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting the Amended Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: August 1, 2012

_[signature]_

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE